# Court of Appeals
# of the State of Georgia

ATLANTA, __September 19, 2023__

*The Court of Appeals hereby passes the following order:*

**A23A1603. CATHERINE CORKREN v. JOSEPH H. BOOTH.**

Upon consideration of Appellant Catherine Corkren's motion to supplement the record, it appears that the record has, in fact, been supplemented in accordance with Appellant's request. Accordingly, said motion is moot and is hereby DISMISSED.

Appellant has also filed an "Emergency Writ of Error Cornam [N]obis." Although this type of writ is obsolete, see *Fields v. Fields*, 247 Ga. 437, 438 (276 SE2d 614) (1981); *Clemmons v. State*, 340 Ga. App. 57, 58 (2) (796 SE2d 197) (2017), we will look to the substance of the motion, not the nomenclature. Viewed in this light, it appears that Appellant seeks to "correct" the record transmitted from the trial court, which this Court has no authority to do, and to set aside the orders entered in this case. See OCGA § 9-11-60. Upon consideration, we have determined the trial court should address these matters in the first instance. Accordingly, this case is remanded to the trial court for further proceedings as is necessary to address Appellant's motion. The parties shall have 30 days to file a notice of appeal, or application for appeal, see OCGA § 9-11-55 (a) (8), as is appropriate, once a written disposition has been entered by the trial court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__09/19/2023_____*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*